MARIAN S. HONEYMAN, Respondent, v. THOMAS F. MAGNER and ISABELLA C.

MAGNER, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.